IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC X. RAMBERT, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 21-2823 |
| | : | |
| v. | : | |
| | : | |
| LAWRENCE KRASNER, D.A. PHILADELPHIA, | : | |
| | : | |
| Respondent. | : | |

## ORDER

**AND NOW**, this 29th day of September, 2021, after considering the petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 2), application for leave to proceed *in forma pauperis* (Doc. No. 1), and prisoner trust fund account statement (Doc. No. 3), filed by the *pro se* petitioner, Eric X. Rambert; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The application for leave to proceed *in forma pauperis* (Doc. No. 1) is **DENIED**;

2. The petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 2) is **DISMISSED WITHOUT PREJUDICE**;

3. There is no cause to issue a certificate of appealability; and

4. The clerk of court shall **MARK** this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.